[Nos. 41484-8-II; 41485-6-II.    Division Two.    August 28, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. KAREN L. MOWER ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Mason County, No. 08-1-00018-4, Amber L. Finlay, J., entered November 22, 2010. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Worswick, C.J., concurred in by Hunt and Johanson, JJ.

[No. 41510-1-II.    Division Two.    August 28, 2012.]

NANCY VERNON, *Individually and as Guardian, Appellant*, v. BETHEL SCHOOL DISTRICT, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-2-09110-8, Ronald E. Culpepper, J., entered October 29, 2010. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Johanson, A.C.J., and Penoyar, J.

[No. 41633-6-II.    Division Two.    August 28, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ASLAN M. JEFFERY, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 10-1-00120-4, Toni A. Sheldon, J., entered December 20, 2010. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Quinn-Brintnall and Van Deren, JJ.

[Nos. 41703-1-II; 41706-5-II;    Division Two.    August 28, 2012.]
41713-8-II.

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER DRYDEN, *Appellant*.

Appeals from judgments of the Superior Court for Grays Harbor County, Nos. 10-1-00001-4, 10-1-00207-6, and 10-1--00318-6, Gordon Godfrey, J., entered January 10, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Johanson, A.C.J., concurred in by Quinn-Brintnall and Van Deren, JJ.